# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ray, J. Thomas | 2. Court or Organization<br><br>U. S. District Court - ED AR | 3. Date of Report<br><br>04/24/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Magis. Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Richard Sheppard Arnold United States Courthouse
500 West Capitol, Room D 144
Little Rock, AR 72201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Rollover IRA |
| 2. | Trustee | IRA #1 |
| 3. | Trustee | Inherited IRA |
| 4. | Trustee | IRA # 2 |
| 5. | | |
| 6. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Abbvie C.S. | A | Dividend | K | T | | | | | |
| 2.  Acadia C.S. | | None | | | Sold | 03/01/18 | K | | |
| 3.  Agios C.S. | | None | K | T | | | | | |
| 4.  Allergan C.S. | B | Dividend | L | T | Sold (part) | 08/02/18 | M | | |
| 5.  Alphabet Inc (Cl A) C.S. | | None | K | T | Buy | 12/31/18 | K | | |
| 6.  Amazon C.S. | | None | K | T | Buy | 12/24/18 | K | | |
| 7.  Amgen | B | Dividend | L | T | | | | | |
| 8.  Anheuser Busch Inbev ADR | A | Dividend | L | T | Buy | 10/10/18 | M | | |
| 9.  Bank of America C.S. | B | Dividend | L | T | | | | | |
| 10. Berkshire Hathaway (B) C.S. | | None | M | T | | | | | |
| 11. Biomarin C.S. | | None | K | T | | | | | |
| 12. Bristol Meyers C.S. | A | Dividend | K | T | | | | | |
| 13. Celgene C.S. | | None | N | T | | | | | |
| 14. Chevron C.S. | D | Dividend | M | T | | | | | |
| 15. Conoco Phillips C.S. | C | Dividend | L | T | Sold (part) | 01/29/18 | L | E | |
| 16. Eli Lilly C.S. | D | Dividend | N | T | Sold (part) | 01/29/18 | L | F | |
| 17. Enterprise Products Partners L.P. | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Exxon Mobil Corp. C.S. | D | Dividend | M | T | Sold (part) | 01/11/18 | M | F | |
| 19.   Gilead, C.S. | D | Dividend | N | T | Sold (part) | 01/26/18 | L | | |
| 20.   Incyte C.S. | | None | | | Sold | 11/05/18 | K | | |
| 21.   Intel C.S. | A | Dividend | K | T | Sold (part) | 01/02/18 | K | E | |
| 22.   J P Morgan Chase C.S. | B | Dividend | L | T | | | | | |
| 23.   Johnson & Johnson C.S. | D | Dividend | N | T | | | | | |
| 24.   Merck & Co. Inc. C.S. | D | Dividend | N | T | | | | | |
| 25.   Microsoft C.S. | A | Dividend | K | T | Buy | 12/24/18 | J | | |
| 26.   Pfizer Inc. C.S. | C | Dividend | M | T | | | | | |
| 27.   Phillips 66 C.S. | A | Dividend | K | T | Sold (part) | 05/16/18 | M | F | |
| 28.   Philllips 66 Partners C.S. | A | Dividend | J | T | Sold (part) | 05/16/18 | L | D | |
| 29.   Regeneron Inc. | | None | M | T | Sold (part) | 08/22/18 | M | C | |
| 30.   Sanofi Aventis C.S. | C | Dividend | L | T | | | | | |
| 31.   Valero Energy C.S. | C | Dividend | L | T | Sold (part) | 01/02/18 | L | F | |
| 32.   Wells Fargo C.S. | A | Dividend | K | T | Sold (part) | 02/02/18 | K | E | |
| 33.   Charles Schwab Money Market (Cash Equivalents) | C | Interest | L | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ORI/Acadia & Ver. Par., LA; McGowan Inc.; Zachry Exploration | F | Royalty | N | W | | | | | |
| 36. ORI/Regan County, TX/Pioneer Natural Resources | A | Royalty | L | W | | | | | |
| 37. W/I; Acadia & Vermillion Par., LA; McGowan Inc. | E | Royalty | N | W | | | | | |
| 38. ORI/Acadia Par., LA; Zachry Exploraton | D | Royalty | N | W | | | | | |
| 39. Investment Property (Pulaski County, AR) (See Section VIII) | | None | N | W | | | | | |
| 40. | | | | | | | | | |
| 41. Rollover IRA | | | | | | | | | |
| 42. - Charles Schwab Money Market (Cash Equivalents) | B | Interest | L | T | | | | | |
| 43. - Acadia Pharmaceuticals C.S. | | None | | | Sold | 02/21/18 | K | B | |
| 44. - Agios C.S. | | None | L | T | | | | | |
| 45. Allergan C.S. | B | Dividend | L | T | Sold (part) | 08/21/18 | M | | |
| 46. Alphabet (Class A) C.S. | | None | L | T | Buy | 12/21/18 | L | | |
| 47. Amazon C.S. | | None | L | T | Buy | 12/27/18 | L | | |
| 48. Anheuser Busch Inbev ADR | A | Dividend | L | T | Buy | 10/01/18 | M | | |
| 49. Apple C.S. | A | Dividend | L | T | Buy | 12/27/18 | L | | |
| 50. Applied Materials C.S. | A | Dividend | K | T | Buy | 12/20/18 | K | | |
| 51. - Amgen C.S. | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Bank of America. C.S. | A | Dividend | | | Sold | 11/14/18 | K | E | |
| 53. - Berkshire Hathaway (B) C.S. | | None | M | T | | | | | |
| 54. - Biomarin C.S. | | None | K | T | Buy | 10/31/18 | K | | |
| 55. - Celgene C.S. | | None | M | T | | | | | |
| 56. - Chevron C.S. | B | Dividend | L | T | | | | | |
| 57. - Conoco Phillips C.S. | B | Dividend | L | T | | | | | |
| 58. - CVS C.S. | A | Dividend | L | T | Buy | 12/27/18 | L | | |
| 59. - Energy Transfer L.P. | C | Dividend | K | T | Buy | 12/17/18 | L | | |
| 60. - Enterprise Products Partners L.P. | C | Dividend | L | T | | | | | |
| 61. - Exxon C.S. | A | Dividend | | | Sold | 01/16/18 | L | E | |
| 62. - Gilead Sciences Inc. C.S. | D | Dividend | M | T | | | | | |
| 63. - Incyte C.S. | | None | K | T | | | | | |
| 64. - Intel C.S. | A | Dividend | K | T | Buy | 10/24/18 | K | | |
| 65. - J.P. Morgan C.S. | B | Dividend | K | T | | | | | |
| 66. - Johnson & Johnson C.S. | B | Dividend | L | T | Sold (part) | 12/17/18 | L | F | |
| 67. - Lumentum C.S. | | None | K | T | Buy | 12/27/18 | K | | |
| 68. - Merck & Co. Inc. C.S. | A | Dividend | K | T | Sold (part) | 11/26/18 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Microsoft C.S. | A | Dividend | K | T | Buy | 12/27/18 | K | | |
| 70. - Pfizer Inc. C.S. | A | Dividend | K | T | Sold (part) | 11/26/18 | K | D | |
| 71. - Phillips 66 C.S. | A | Dividend | | | Sold | 11/26/18 | L | E | |
| 72. - Phillips 66 Partners L.P. | A | Dividend | | | Sold | 10/09/18 | K | D | |
| 73. - Pioneer Natural Resources C.S. | A | Dividend | L | T | Buy | 12/11/18 | L | | |
| 74. - Regeneron C.S. | | None | K | T | Sold (part) | 08/22/18 | M | D | |
| 75. - Sanofi Aventis C.S. | B | Dividend | | | Sold | 10/23/18 | K | D | |
| 76. - Stemline Therapeutics C.S. | | None | | | Sold | 10/23/18 | K | D | |
| 77. - Whiting Petroleum C.S. | | None | | | Sold | 10/23/18 | J | A | |
| 78. | | | | | | | | | |
| 79. IRA #1 | | | | | | | | | |
| 80. - Abbvie C.S. | A | Dividend | | | Sold | 01/16/18 | J | C | |
| 81. - Acadia Pharm. C.S. | | None | | | Sold | 03/26/18 | J | | |
| 82. - Allergan C.S. | A | Dividend | K | T | | | | | |
| 83. - Amgen Inc. C.S. | B | Dividend | K | T | | | | | |
| 84. - Berkshire Hathaway (B) C.S. | | None | L | T | | | | | |
| 85. - Biomarin C.S. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Celgene C.S. | | None | L | T | | | | | |
| 87.   - Conoco C.S. | A | Dividend | | | Sold | 01/16/18 | J | B | |
| 88.   - Exxon Mobil C.S. | A | Dividend | | | Sold | 01/16/18 | J | C | |
| 89.   - Gilead Sciences Inc. C.S. | A | Dividend | K | T | | | | | |
| 90.   - Johnson & Johnson C.S. | A | Dividend | K | T | | | | | |
| 91.   - J.P. Morgan Chase C.S. | A | Dividend | J | T | | | | | |
| 92.   - Merck C.S. | A | Dividend | J | T | Sold (part) | 11/12/18 | J | D | |
| 93.   - Pfizer C.S. | A | Dividend | J | T | Sold (part) | 11/12/18 | J | D | |
| 94.   - Pioneer Natural Resources C.S. | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 95.   - Charles Schwab Money Market (Cash Equivalents) | A | Interest | J | T | | | | | |
| 96. | | | | | | | | | |
| 97.   Inherited IRA | | | | | | | | | |
| 98.   - AbbVie Inc. C.S. | A | Dividend | | | Sold | 01/16/18 | J | C | |
| 99.   - Acadia Pharm. C.S. | | None | | | Sold | 01/16/18 | J | A | |
| 100.   - Agios C.S. | | None | J | T | | | | | |
| 101.   - Allergan C.S. | A | Dividend | K | T | | | | | |
| 102.   - Berkshire Hathaway C.S. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Celgene C.S. | | None | K | T | | | | | |
| 104. - Chevron C.S. | A | Dividend | J | T | | | | | |
| 105. - Conoco Phillips C.S. | A | Dividend | | | Sold | 01/16/18 | J | B | |
| 106. - Gilead Science Inc. C.S. | A | Dividend | K | T | | | | | |
| 107. - Incyte C.S. | | None | J | T | Buy | 02/02/18 | J | | |
| 108. - Johson & Johnson C.S. | A | Dividend | | | Sold | 12/07/18 | J | B | |
| 109. - Merck C.S. | A | Dividend | J | T | | | | | |
| 110. - Pfizer C.S. | A | Dividend | | | Sold | 01/16/18 | J | A | |
| 111. - Proctor & Gamble C.S. | A | Dividend | | | Sold | 01/16/18 | J | A | |
| 112. - Regeneron C.S. | | None | K | T | Buy | 04/27/18 | K | | |
| 113. - Wells Fargo & Co. C.S. | A | Dividend | | | Sold | 01/16/18 | J | B | |
| 114. - Whiting Petroleum C.S. | | None | | | Sold | 01/03/18 | J | | |
| 115. - Charles Schwab Money Market (Cash Equivalents) | A | Interest | J | T | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. IRA #2 | | | | | | | | | |
| 119. - Allergan C.S. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Amgen Inc. C.S. | B | Dividend | K | T | | | | | |
| 121. - Bank of America C.S. | A | Dividend | | | Sold | 11/14/18 | J | D | |
| 122. - Berkshire Hathaway (B) C.S. | | None | K | T | | | | | |
| 123. - Celgene C.S. | | None | L | T | | | | | |
| 124. - Exxon C.S. | A | Dividend | | | Sold | 01/16/18 | J | C | |
| 125. - Gilead Sciences Inc. C.S. | A | Dividend | K | T | | | | | |
| 126. - Johnson & Johnson C.S. | A | Dividend | K | T | | | | | |
| 127. - Merck C.S. | A | Dividend | K | T | Sold (part) | 11/12/18 | K | D | |
| 128. - Microsoft C.S. | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 129. - Pfizer Inc. C.S. | A | Dividend | K | T | Sold (part) | 11/12/18 | J | D | |
| 130. - Charles Schwab Money Market (Cash Equivalents) | A | Interest | J | T | | | | | |
| 131. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanation 1:

On last year's Financial Disclosure Report (01/01/17 to 12/31/17), line 42 reflected rental income produced from a house located on a tract of investment property. Since filing that report, the house has been demolished.

Therefore, the investment property (without the house), which is now listed on line 39 of the current FDR, no longer produces any rental income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Thomas Ray**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544